UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | | |
|---|---|---|
| **Weldor's Supply House, Inc.,** | ) | **CASE NO.: 7:08-2541-HFF** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO REMAND** |
| **Beverage-Air, a division of Carrier** | ) | |
| **Commercial Refrigeration, Inc.,** | ) | |
| Defendant. | ) | |

The above-referenced matter which was initially removed to this Court from the Court of Common Pleas for Spartanburg County, South Carolina, pursuant to the this Court's diversity jurisdiction.

The parties have stipulated that this case has a maximum value of $75,000.00 or less. Therefore, the parties hereto have agreed and consented to remand this case back to state court.

**IT IS THEREFORE ORDERED, DECREED AND ADJUDGED** that this case be, and hereby is, remanded to the Court of Common Pleas for Spartanburg County, South Carolina.

**IT IS SO ORDERED.**

          s/Henry F. Floyd
          Henry F. Floyd
          United States District Judge

 August 6, 2008

Spartanburg, South Carolina

**WE CONSENT:**

s/ Darrell W. Carter_____             s/ William S. Bean_____
Everett A. Kendall, II,                        William S. Bean
Federal ID #6762                               147 E. St. John Street
Darrell W. Carter                              Spartanburg, South Carolina 29304
Federal ID #9688                               **Attorney for the Plaintiff**
1515 Lady Street
Post Office Box 12129
Columbia, South Carolina 29211
**Attorneys for the Defendant**